

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00313-CV

IN THE MATTER OF M.R.

§ On Appeal from County Court at Law No. 1

§ of Wichita County (50148-LR-D)

§ January 3, 2019

§ Opinion by Justice Gabriel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
　　Justice Lee Gabriel